IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 14-279 |
| | ) | |
| JEREMY S. BURNWORTH. | ) | |
| | ) | |

## PRELIMINARY ORDER OF CRIMINAL FORFEITURE
## AGAINST JEREMY S. BURNWORTH

AND NOW, this ___20th___ day of ___April___, 2015,

upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture

against Jeremy S. Burnworth it is hereby ORDERED that the motion is GRANTED, and that:

1.   All right, title and interest of Jeremy S. Burnworth in the following property are

forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C.

§ 2253(a)(3):   One Samsung Galaxy telephone, serial number, SM-N900V (delineated by

CATS identification number 14-FBI-007819).

2.   This Order of Forfeiture against Jeremy S. Burnworth will be made part of the

criminal judgment against Jeremy S. Burnworth and incorporated into his sentence pursuant to

Rule 32.2 of the Federal Rules of Criminal Procedure.

3.   The Court will adjudicate all third-party claims.


_____
United States District Court Judge