IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 14-279 |
| JEREMY S. BURNWORTH. | |

## FINAL ORDER OF FORFEITURE

AND NOW, this _8th_ day of _July_, 2015, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the Samsung Galaxy telephone, serial number, SM-N900V (delineated by CATS identification number 14-FBI-007819) is hereby forfeited to the United States pursuant 18 U.S.C. § 2253(a)(3), for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including, without limitation, Jeremy S. Burnworth.

_Maurice B. Cohill, Jr._
United States District Court Judge